**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BOOTH, ADAM GENE | ) | CASE NO. 01-50185-can7 |
| BOOTH, CHRISTINE KAY | ) | |
| | ) | |
| Debtor(s). | ) | |

**MOTION TO DEPOSIT FUNDS INTO COURT REGISTRY**
**PURSUANT TO LOCAL RULE 3011-1**

**COMES NOW**, Bruce E. Strauss, Trustee of the above captioned case, and for his motion to pay funds into the Court registry pursuant to Local Rule 3011-1 states and alleges as follows:

1. That on March 05, 2014 this Court entered an order approving of a final distribution.

2. That included in the distribution is a claim filed by Peoples Bank in the total amount of $9,302.83 filed on May 29, 2001.

3. That the trustee distributed a check in the amount of $3,041.35 on this claim on March 05, 2014 to the address listed on the claim.

4. That the check was returned to the Trustee with a letter from Citizens Bank indicating that they could not locate the account and requesting a new payment to a different address. That the Trustee resent the check to the new address along with a copy of the claim and the notice of the bankruptcy filing to help them locate the account however the check was once again returned to the Trustee with a letter indicating they could not locate the account.

5. That the Trustee wishes to proceed with closing the case given the amount of time that has expired since the final report, the efforts already undertaken to pay the claimant, and the nominal amount in question.

6. That distribution of these funds is the only issue outstanding prior to the closing of this bankruptcy estate.

**WHEREFORE**, Bruce E. Strauss, Trustee, prays for an order of this Court allowing him to deposit funds totaling $3,041.35 into the Court Registry and for such other and further relief as the Court deems just.

        **Merrick, Baker & Strauss, P.C.**

        /s/ Harrison E. Strauss
        Harrison E. Strauss, Bar No. 61043
        ATTORNEY FOR TRUSTEE
        1044 Main St., Suite 400
        Kansas City, MO 64105
        (816) 221-8855 – (816) 221-7886 (FAX)

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was service via electronic mail upon all parties requesting electronic notification in this case and upon:

People Bank
1000 Lafayette Blvd.
Attn: Sandi A. Sobocienski
Bridgeport, CT 06604

Citizens Bank
Credit Card Services
PO Box 42010
Providence, RI 02940-2010

        /s/ Harrison E. Strauss
        Harrison E. Strauss